CR21-57-UNA

I, _____, having requested and been granted leave of the Court ( _____ J.) do hereby change my plea from that of NOT GUILTY to that of GUILTY or NOLO CONTENDERE as to Counts _____ in Open Court, this ____ day of _____, 20 ____.

_____
DEFT.

_____
CNSL.

UNITED STATES DISTRICT COURT

District of Delaware

THE UNITED STATES OF AMERICA

vs.

ZHI DONG

INDICTMENT

I, Zhi Dong, having requested and been granted leave of the Court (Noreika J.) do hereby change my plea from that of NOT GUILTY to that of GUILTY or NOLO CONTENDERE as to Counts 1 & II in Open Court, this 20th day of Oct, 2023.

Zhi Dong
DEFT.

A true bill.

_____
Michael Walsh
CNSL.

_____
Foreperson

Filed in open court this _____ day, of _____ 2021

_____
Clerk

I, ZHI DONG having been presented with a copy of the Indictment, upon arraignment, I do hereby enter a plea of Not guilty to the Indictment filed in this case.

Dated this 8th day of Sept, 2021

Zhi Dong
Deft.

Michael Walsh
Cnsl.

FILED

SEP - 8 2021

U.S. DISTRICT COURT DISTRICT OF DELAWARE